UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY K LEE,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | Case No.  23-cv-00778-PCP (VKD)<br><br>**INTERIM ORDER RE JULY 30, 2024 DISCOVERY DISPUTE LETTER BRIEF**<br><br>Re: Dkt. No. 78 |

The parties filed a discovery dispute letter on July 30, 2024 concerning a further deposition of a non-party witness. The dispute letter appears to be incomplete, as it includes placeholders for the non-party witness to state his position and an unsigned signature block. *See, e.g.*, Dkt. No. 78 at 7 ("Dr. John, please fill in yours."). Plaintiff shall immediately serve a copy of the dispute letter on the non-party witness. If the non-party witness wishes the Court to consider his position regarding this dispute, he may file a statement of no more than 1,500 words by **August 6, 2024** stating his position.

    **IT IS SO ORDERED.**

Dated: July 31, 2024

Virginia K. DeMarchi
United States Magistrate Judge